AO 93C  (Rev. 8/18) Warrant by Telephone or Other Reliable Electronic Means          ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the*<br>*person by name and address)*<br><br>SUBJECT PARCELS | )<br>)<br>)<br>)  Case No. 8:23-MJ-00044-DUTY<br>)<br>)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to <u>18 U.S.C. § 3103a(b)</u>, I find that immediate notification may have an adverse result listed in <u>18 U.S.C. § 2705</u> (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for_____days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    <u>January 18, 2023, at 3:15 pm</u>                    **DOUGLAS F. McCORMICK**
                                                                                         *Judge's signature*

City and state:    <u>Santa Ana, CA</u>                          <u>DOUGLAS F. McCORMICK, U.S. MAGISTRATE JUDGE</u>
                                                                                         *Printed name and title*

AUSA:  <u>Ann Luotto Wolf  213-393-8097</u>

AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>8:23-MJ-00044-DUTY | Date and time warrant executed:<br>01/19/23 0931 hours | Copy of warrant and inventory left with:<br>USPS |

| Inventory made in the presence of : |
|---|
| USPIS TFO Z. Sumpter |

| Inventory of the property taken and name of any person(s) seized: |
|---|
| EI569354576US<br>$12,000 US Currency<br>Parcel Wrappings<br><br>EL353756537US<br>Nothing seized<br><br>EI482623116US<br>Nothing seized<br><br>EJ828787567US<br>$24,450 US Currency<br>Parcel wrappings<br><br>EI478949743US<br>$5,300 US Currency<br>Parcel Wrappings<br><br>EI147828614US<br>Nothing seized<br><br>EJ872946784US<br>Nothing seized<br><br>EI471217868US<br>$58,500 US Currency<br>Parcel wrappings<br><br>EI418473934US<br>$18,370 US Currency<br>Parcel Wrappings |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    01/21/2023

/s/ David Thompson
_____
*Executing officer's signature*

USPIS TFO David Thompson
_____
*Printed name and title*

## ATTACHMENT A

## PARCELS TO BE SEARCHED

1.    The SUBJECT PARCELS are the following nine United States Postal Service ("USPS") Priority Mail Express parcels (collectively referred to herein as the "SUBJECT PARCELS"), all of which are currently secured at the Chino Police Station located at 5450 Guardian Way, Chino, California:

a.    SUBJECT PARCEL 1 is a USPS Priority Mail Express parcel bearing tracking number EI569354576US.  SUBJECT PARCEL 1 is a brown colored, medium-sized cardboard box.  SUBJECT PARCEL 1 is addressed to "Christian Alcala, 6700 Warner Ave. #27B, Huntington Beach CA 92647."  The return address listed on SUBJECT PARCEL 1 is "1784 Meadow Ln, Centerville MN 55038." SUBJECT PARCEL 1 was postmarked on January 12, 2023, in the 55038 ZIP code.

b.    SUBJECT PARCEL 2 is a USPS Priority Mail Express parcel bearing tracking number EL353756537US.  SUBJECT PARCEL 2 is a brown colored, medium-sized cardboard box.  SUBJECT PARCEL 2 is addressed to "Empress Organics, 9155 Archibald Ave Ste E, Rch Cucamonga, CA 91730."  The return address listed on SUBJECT PARCEL 2 is "Larry Williams, 1153 Oak St SW, Atlanta, GA 30310." SUBJECT PARCEL 2 was postmarked on January 10, 2023, in the 30310 ZIP code.

c.    SUBJECT PARCEL 3 is a USPS Priority Mail Express parcel bearing tracking number EI482623116US.  SUBJECT PARCEL 3 is a brown colored cardboard box.  SUBJECT PARCEL 3 is addressed to "Jazselynne Romo, 5736 Florence Ave, Southgate CA 90280."

The return address listed on SUBJECT PARCEL 3 is "Israel Martinez, 137 Sloan Rd, Buda TX 78610." SUBJECT PARCEL 3 was postmarked on January 10, 2023, in the 78610 ZIP code.

d.    SUBJECT PARCEL 4 is a USPS Priority Mail Express parcel bearing tracking number EJ828787567US. SUBJECT PARCEL 4 is a white colored USPS Flat Rate Envelope. SUBJECT PARCEL 4 is addressed to "Conner Meade, 4225 Dana Rd, Newport Beach, CA 92663." The return address listed on SUBJECT PARCEL 4 is "Dimitri Fernandez, 513 Wilson St, Winona, MN 55987." SUBJECT PARCEL 4 was postmarked on January 10, 2023, in the 55987 ZIP code.

e.    SUBJECT PARCEL 5 is a USPS Priority Mail Express parcel bearing tracking number EI478949743US. SUBJECT PARCEL 5 is a white colored, USPS Priority Mail Express Mailing Box. SUBJECT PARCEL 5 is addressed to "Danny Nguyen, 16027 Brookhurst St Suite i-415, Fountain Valley, CA 92708." The return address listed on SUBJECT PARCEL 5 is "Mekhi Russell, 2200 Bryant Ave S #206, Minneapolis MN 55405." SUBJECT PARCEL 5 was postmarked on January 12, 2023, in the 55403 ZIP code.

f.    SUBJECT PARCEL 6 is a USPS Priority Mail Express parcel bearing tracking number EI147828614US. SUBJECT PARCEL 6 is a white colored, USPS Priority Mail mailing box. SUBJECT PARCEL 6 is addressed to "Allan Gaabisi, 3553 Atlantic Avenue, Long Beach, California 90807." The return address listed on SUBJECT PARCEL 6 is "Sergio Monti, 23-35 120 St., College Point 11356." SUBJECT PARCEL 6 was postmarked on January 11, 2023, in the 11366 ZIP code.

g.   SUBJECT PARCEL 7 is a USPS Priority Mail Express parcel bearing tracking number EJ872946784US.  SUBJECT PARCEL 7 is a brown colored cardboard box.  SUBJECT PARCEL 7 is addressed to "Joanna Cain, 1219 West Piru Street, Compton, CA 90222."  The return address listed on SUBJECT PARCEL 7 is "Ramessu Ali Bey, 547 N. Auers, Chicago, IL 60624."  SUBJECT PARCEL 7 was postmarked on January 12, 2023, in the 60624 ZIP code.

h.   SUBJECT PARCEL 8 is a USPS Priority Mail Express parcel bearing tracking number EI471217868US.  SUBJECT PARCEL 8 is a white colored USPS medium flat rate box.  SUBJECT PARCEL 8 is addressed to "Michael Cairo, 403 Memphis Ave Apt #3, Huntington Beach, CA 92648."  The return address listed on SUBJECT PARCEL 8 is "Danny Tapia, 1711 SW 27th St, Lincoln, NE 68522."  SUBJECT PARCEL 8 was postmarked on January 10, 2023, in the 68501 ZIP code.

i.   SUBJECT PARCEL 9 is a USPS Priority Mail Express parcel bearing tracking number EI418473934US.  SUBJECT PARCEL 9 is a white colored, USPS Priority Mail mailing box.  SUBJECT PARCEL 9 is addressed to "Ryan Dascanio, 4225 Dana Rd, Newport Beach CA, 92663-3603."  The return address listed on SUBJECT PARCEL 9 is "Jermain Blake, 523 East Bolling Ave, Monticello, AR 71655."  SUBJECT PARCEL 9 was postmarked on January 10, 2023, in the 71655 ZIP code.

## **ATTACHMENT B**

**ITEMS TO BE SEIZED**

1.     The following are the items to be seized from SUBJECT PARCELS 1 through 9, which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

a.     Any controlled substances, including marijuana;

b.     Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

c.     Any associated packaging.

<u>**AFFIDAVIT**</u>

I, David Thompson, being duly sworn, declare and state as follows:

**I.   <u>TRAINING AND EXPERIENCE</u>**

1.   I am a Task Force Officer ("TFO") with the United States Postal Inspection Service ("USPIS") and have been so employed since December of 2021.  I am currently assigned as a TFO to the Contraband Interdiction and Investigations South Team of the Los Angeles Division, which is responsible for investigating drug trafficking violations involving the United States Mail.  As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.  Prior to being assigned as a TFO with the USPIS, I worked patrol and investigations as a full-time sworn law enforcement officer with the Chino Police Department ("CPD").  I have been a sworn law enforcement officer since October 2013.  I am a Police Officer within the meaning of Section 830.1 of the California Penal Code.

2.   I have received training and have experience investigating violations of state and federal narcotics and money laundering laws, including, but not limited to Title 21, United States Code, Sections 841, 846, 952, 959 and 963 and Title 18, United States Code, Section 1956(a).  I have been involved in various electronic surveillance methods including

state and federal wiretap investigations and the debriefing of
informants and witnesses, as well as others who have knowledge
of the manufacturing, distribution, transportation, storage, and
importation of controlled substances and the laundering of drug
proceeds.

3.   I have participated in many aspects of drug
investigations, including investigations into the smuggling of
illegal drugs, money laundering, and extortion related to drug
trafficking.  I am familiar with narcotics traffickers' methods
of operation, including the manufacturing, storage,
transportation, and distribution of narcotics, the collection of
money that represents the proceeds of narcotics trafficking, and
money laundering.  I am also familiar with how narcotics
traffickers transport and distribute narcotics in areas they
control.  I am familiar with drug traffickers' use of counter-
surveillance techniques to avoid detection by law enforcement.
I also know that drug traffickers often communicate with their
drug-trafficking associates through cellular telephones.  I have
become aware that more sophisticated drug trafficking networks
now utilize the dark web, e-mail, Voice over Internet Protocol,
video chat, internet messaging services, and social networking
sites to communicate with one another.  During drug-related
communications, traffickers often use coded or cryptic language
to disguise the drug-related nature of their conversations.

## II.   PURPOSE OF AFFIDAVIT

4.   This affidavit is made in support of a search warrant
for the SUBJECT PARCELS described below in paragraph 6 and

2

Attachment A, for the items listed in paragraph 7 and Attachment
B.  The items to be seized constitute the fruits,
instrumentalities, and evidence of violations of Title 21,
United States Code, Sections 841(a)(1) (Possession with Intent
to Distribute a Controlled Substance) and 843(b) (Unlawful Use
of a Communication Facility to Facilitate the Distribution of a
Controlled Substance).

     5.    The facts set forth in this affidavit are based upon
my personal observations, my training and experience, and
information obtained from various law enforcement personnel and
witnesses.  This affidavit is intended to show merely that there
is sufficient probable cause for the requested warrant and does
not purport to set forth all my knowledge of or investigation
into this matter.  Unless specifically indicated otherwise, all
conversations and statements described in this affidavit are
related in substance and in part only.

### III. <u>PARCELS TO BE SEARCHED</u>

     6.    This affidavit is made in support of an application
for a search warrant for nine United States Postal Service
("USPS") Priority Mail Express parcels described below and in
Attachment A (collectively referred to herein as the "SUBJECT
PARCELS").  Attachment A is incorporated herein by reference.
All the SUBJECT PARCELS are currently secured at the Chino
Police Department located at 5450 Guardian Way, Chino,
California:

     a.    SUBJECT PARCEL 1 is a USPS Priority Mail Express
parcel bearing tracking number EI569354576US.  SUBJECT PARCEL 1

is a brown colored, medium-sized cardboard box.  SUBJECT PARCEL
1 is addressed to "Christian Alcala, 6700 Warner Ave #27B,
Huntington Beach CA 92647."  The return address listed on
SUBJECT PARCEL 1 is "1784 Meadow Ln, Centerville MN 55038."
SUBJECT PARCEL 1 was postmarked on January 12, 2023, in the
55038 ZIP code.

       b.   SUBJECT PARCEL 2 is a USPS Priority Mail Express
parcel bearing tracking number EL353756537US.  SUBJECT PARCEL 2
is a brown colored, medium-sized cardboard box.  SUBJECT PARCEL
2 is addressed to "Empress Organics, 9155 Archibald Ave Ste E,
Rch Cucamonga, CA 91730."  The return address listed on SUBJECT
PARCEL 2 is "Larry Williams, 1153 Oak St SW, Atlanta, GA 30310."
SUBJECT PARCEL 2 was postmarked on January 10, 2023, in the
30310 ZIP code.

       c.   SUBJECT PARCEL 3 is a USPS Priority Mail Express
parcel bearing tracking number EI482623116US.  SUBJECT PARCEL 3
is a brown colored cardboard box.  SUBJECT PARCEL 3 is addressed
to "Jazselynne Romo, 5736 Florence Ave, Southgate CA 90280."
The return address listed on SUBJECT PARCEL 3 is "Israel
Martinez, 137 Sloan Rd, Buda TX 78610."  SUBJECT PARCEL 3 was
postmarked on January 10, 2023, in the 78610 ZIP code.

       d.   SUBJECT PARCEL 4 is a USPS Priority Mail Express
parcel bearing tracking number EJ828787567US.  SUBJECT PARCEL 4
is a white colored USPS Flat Rate Envelope.  SUBJECT PARCEL 4 is
addressed to "Conner Meade, 4225 Dana Rd, Newport Beach, CA
92663."  The return address listed on SUBJECT PARCEL 4 is
"Dimitri Fernandez, 513 Wilson St, Winona, MN 55987."  SUBJECT

PARCEL 4 was postmarked on January 10, 2023, in the 55987 ZIP code.

      e.   SUBJECT PARCEL 5 is a USPS Priority Mail Express parcel bearing tracking number EI478949743US.  SUBJECT PARCEL 5 is a white colored, USPS Priority Mail Express Mailing Box. SUBJECT PARCEL 5 is addressed to "Danny Nguyen, 16027 Brookhurst St Suite i-415, Fountain Valley, CA 92708."  The return address listed on SUBJECT PARCEL 5 is "Mekhi Russell, 2200 Bryant Ave S #206, Minneapolis MN 55405."  SUBJECT PARCEL 5 was postmarked on January 12, 2023, in the 55403 ZIP code.

      f.   SUBJECT PARCEL 6 is a USPS Priority Mail Express parcel bearing tracking number EI147828614US.  SUBJECT PARCEL 6 is a white colored, USPS Priority Mail mailing box.  SUBJECT PARCEL 6 is addressed to "Allan Gaabisi, 3553 Atlantic Avenue, Long Beach, California 90807."  The return address listed on SUBJECT PARCEL 6 is "Sergio Monti, 23-35 120 St., College Point 11356."  SUBJECT PARCEL 6 was postmarked on January 11, 2023, in the 11366 ZIP code.

      g.   SUBJECT PARCEL 7 is a USPS Priority Mail Express parcel bearing tracking number EJ872946784US.  SUBJECT PARCEL 7 is a brown colored cardboard box.  SUBJECT PARCEL 7 is addressed to "Joanna Cain, 1219 West Piru Street, Compton, CA 90222."  The return address listed on SUBJECT PARCEL 7 is "Ramessu Ali Bey, 547 N. Auers, Chicago, IL 60624."  SUBJECT PARCEL 7 was postmarked on January 12, 2023, in the 60624 ZIP code.

      h.   SUBJECT PARCEL 8 is a USPS Priority Mail Express parcel bearing tracking number EI471217868US.  SUBJECT PARCEL 8

is a white colored USPS medium flat rate box.  SUBJECT PARCEL 8
is addressed to "Michael Cairo, 403 Memphis Ave Apt #3,
Huntington Beach, CA 92648."  The return address listed on
SUBJECT PARCEL 8 is "Danny Tapia, 1711 SW 27th St, Lincoln, NE
68522."  SUBJECT PARCEL 8 was postmarked on January 10, 2023, in
the 68501 ZIP code.

          i.    SUBJECT PARCEL 9 is a USPS Priority Mail Express
parcel bearing tracking number EI418473934US.  SUBJECT PARCEL 9
is a white colored, USPS Priority Mail mailing box.  SUBJECT
PARCEL 9 is addressed to "Ryan Dascanio, 4225 Dana Rd, Newport
Beach CA, 92663-3603."  The return address listed on SUBJECT
PARCEL 9 is "Jermain Blake, 523 East Bolling Ave, Monticello, AR
71655."  SUBJECT PARCEL 9 was postmarked on January 10, 2023, in
the 71655 ZIP code.

## IV.   ITEMS TO BE SEIZED

     7.    The items to be seized from the SUBJECT PARCELS
constitute fruits, instrumentalities, and evidence of violations
of Title 21, United States Code, Sections 841(a)(1) and 843(b).
The items to be seized are identified in Attachment B and are
incorporated herein by reference.

## V.   STATEMENT OF PROBABLE CAUSE

### A.   Background

     8.    As described in detail below, the SUBJECT PARCELS are
all inbound parcels to the greater Orange County and Los Angeles
areas from multiple regions of the United States and were
selected for investigation because they met certain criteria
common to packages containing contraband.  The SUBJECT PARCELS

6

are believed to contain controlled substances or the proceeds
from the trafficking of controlled substances based on, among
other things, positive alerts by a trained narcotics-detection
canine.

9.    Based on my training and discussions with experienced
Postal Inspectors, I know that Postal Inspectors have been
conducting investigations of drug trafficking via USPS Express
Mail and Priority Mail since the mid-1980s.  In particular, they
began conducting organized interdictions of Express Mail and
Priority Mail parcels suspected of containing controlled
substances and proceeds from the sale of controlled substances
in Los Angeles, California, in the early 1990s.  Along with
conducting organized interdictions, Postal Inspectors also
regularly examine and investigate Express Mail and Priority Mail
parcels throughout the year.  During the 1990s, Postal
Inspectors observed that the trend was for drug traffickers to
send controlled substances and proceeds from the sale of
controlled substances using boxes, with the proceeds in the form
of cash.  Although Postal Inspectors still see the use of boxes
for controlled substances and cash, there has been a gradual
change over the years toward the current trend of smaller boxes,
flat cardboard envelopes, and Tyvek envelopes, with proceeds
from the sale of controlled substances converted to money
orders.  By using money orders, drug traffickers can send large
dollar amounts in compact form, using much smaller conveyances
that lend a sense of legitimacy to the parcel.

10.  From my training, personal experience, and the collective experiences related to me by Postal Inspectors on my team who specialize in investigations relating to the mailing of controlled substances and drug proceeds, I am aware that the greater Los Angeles area is a major source area for controlled substances.  As such, controlled substances are frequently transported from the greater Los Angeles area via the United States Mail, and the proceeds from the sale of the controlled substances are frequently returned to the greater Los Angeles area via the United States Mail.  These proceeds are generally in large amounts of money over $1,000.

11.  I also know based on my training and experience that drug traffickers will often use one of two USPS services: Priority Mail Express Service, which is the overnight/next day delivery mail service, and Priority Mail Service, which is the two-to-three day delivery mail service.  Drug traffickers use Priority Mail Express delivery services because of their speed, reliability, and the ability to track the package's progress to the intended delivery point.  Drug traffickers often use Priority Mail delivery services because they allow drug traffickers more time for travel between states if they are following their shipments to their destinations for distribution.  Like Priority Mail Express, Priority Mail also allows drug traffickers to track the package's progress to the intended delivery point.

12.  Based on information derived and built upon over many years, I, like other Postal Inspectors and TFOs, initially look

for certain characteristics when examining Priority Mail Express and Priority Mail for controlled substances or drug proceeds. These characteristics include:

      a.    The article is contained in a box, flat cardboard mailer, or Tyvek envelope;

      b.    The article bears a handwritten label; and/or

      c.    The handwritten label on the article does not contain a business account number.

13. Parcels found to meet these characteristics are scrutinized by Postal Inspectors and TFOs through further investigation, which may include return and addressee address verifications and trained narcotics-detecting canine examination. Postal Inspectors and TFOs will also look for additional drug or drug proceed parcel characteristics such as:

      a.    The seams of the article are taped or glued shut;

      b.    The article emits the odor of a cleaning agent, adhesive, or spray foam detectable by a human; and/or

      c.    Multiple articles are mailed to the same individual, on the same day, from different locations.

14. Based on my training and experiences and information learned during discussions with Postal Inspectors, I know that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identity from law enforcement. Indeed, it is my experience that when real addresses are used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.     Investigation of the SUBJECT PARCELS**

15.   Between January 10, 2023, and January 13, 2023, during routine parcel profiling inspections at the City of Industry USPS Processing and Distribution Center, the SUBJECT PARCELS were identified as meeting some of the initial suspicious characteristics described above in paragraphs 12 and 13.  The inspection was designed to identify suspicious parcels being processed at USPS facilities.  Specifically:

a.   SUBJECT PARCEL 1 had a handwritten label in ink and did not contain a business account number.  Based on my training and experience, I know that drug traffickers often hand-write addresses on parcels that do not verify with the USPS database and, thus, remain anonymous.  SUBJECT PARCEL 1 also had excessive tape along all the seams and no phone numbers listed for the sender or recipient.  Based on my training and experience, I know that drug traffickers often use a large amount of tape on the seams of packages containing narcotics to avoid detection by a narcotics-detection canine.  In addition, from my training and experience, I know subjects who send or receive narcotics and proceeds from narcotics sales often do not write phone numbers on the parcel to avoid association by law enforcement to the parcel.  SUBJECT PARCEL 1 did not have a sender name listed.  Based on my training and experience, I know subjects who send and receive narcotics and proceeds from narcotics sales often omit a name from a parcel or use a false name to limit their connection to the illegal items.

10

b.    SUBJECT PARCEL 2 had excessive tape along the seams, a handwritten label in ink, and no business account number.  SUBJECT PARCEL 2 did not have a phone number listed for the recipient.

c.    SUBJECT PARCEL 3 was wrapped in copious amounts of clear packaging tape around all the seams, had a handwritten label in ink, and did not contain a business account number. SUBJECT PARCEL 3 did not have any phone numbers listed on the parcel.

d.    SUBJECT PARCEL 4 had a handwritten label in ink and did not contain a business account number.  SUBJECT PARCEL 4 did not have any phone numbers listed on the parcel.  SUBJECT PARCEL 4 is addressed to the same location as SUBJECT PARCEL 9, but with different names.

e.    SUBJECT PARCEL 5 had packaging tape around its seams, a handwritten label in ink, and no business account number.  SUBJECT PARCEL 5 did not have any phone numbers listed.

f.    SUBJECT PARCEL 6 had copious amounts of packaging tape around its seams, a handwritten label in ink, and no business account number.

g.    SUBJECT PARCEL 7 had a handwritten label in ink, no business account number, and no phone number listed for the recipient.

h.    SUBJECT PARCEL 8 had a handwritten label in ink, no business account number, and no phone numbers listed.

i.    SUBJECT PARCEL 9 had copious amounts of tape wrapped around the parcel, a handwritten label in ink, and no

business account number.  SUBJECT PARCEL 9 did not have any phone numbers listed on the parcel.  SUBJECT PARCEL 9 is addressed to the same location as SUBJECT PARCEL 4, but with different names.

16.  Further, SUBJECT PARCELS 5, 6, and 8 were mailed from a postal facility other than the ZIP code listed for the sender. I know that drug traffickers often mail from postal facilities other than those located in their respective ZIP code to further mask their association with the parcel.

**C.   Investigation of SUBJECT PARCELS Using CLEAR Database Checks**

17.  On January 18, 2023, I examined the SUBJECT PARCELS and reviewed CLEAR database[1] records related to the sender and recipient information listed on the SUBJECT PARCELS and learned the following:

a.   With respect to SUBJECT PARCEL 1, the parcel did not contain a sender name.  The listed recipient, "Christian Alcala," has never been associated with the listed recipient address.

b.   With respect to SUBJECT PARCEL 2, over one year ago, the listed sender, "Larry Williams," was associated with the return address listed on the parcel.  The listed recipient, "Empress Organics," was not associated with the listed recipient address.

---

[1] CLEAR is a public information database used by law enforcement that provides names, addresses, telephone numbers, and other identifying information.

c.   With respect to SUBJECT PARCEL 3, the listed sender, "Israel Martinez," was not associated with the return address.  The listed recipient, "Jazselynne Romo," was associated with the listed recipient address in May 2022.

d.   With respect to SUBJECT PARCEL 4, the listed sender, "Dimitri Fernandez," was not associated with the return address.  Similarly, there was no association between the recipient address and the listed recipient, "Conner Meade."chino

e.   With respect to SUBJECT PARCEL 5, the listed sender, "Mekhi Russell," was not associated with the return address.  In addition, the listed recipient, "Danny Nguyen," was not associated with the listed recipient address.

f.   With respect to SUBJECT PARCEL 6, there was no association between the listed sender, "Sergio Monti," and the return address.  There was also no association between the listed recipient, "Allan Gaabisi," and the listed recipient address.

g.   With respect to SUBJECT PARCEL 7, there was an association between the listed sender, "Ramessu Ali Bey," and the listed sender address, as well as between the listed recipient, "Joanna Cain," and the listed recipient address.

h.   With respect to SUBJECT PARCEL 8, there was no association between the sender, "Danny Tapia," and the return address.  There was also no association between the listed recipient, "Michael Cairo," and the listed recipient address.

i.   With respect to SUBJECT PARCEL 9, there was no association between the sender, "Jermain Blake," and the return

address.  There was also no association between the listed
recipient, "Ryan Dascanio," and the listed recipient address.

   **D.   Positive Canine Alert on the SUBJECT PARCELS**

   18.   On January 17, 2023, CPD Officer Kristina Cortes and
her narcotics-detection canine, "Halina," conducted an exterior
examination of each of SUBJECT PARCELS 1 through 9.  These
exterior examinations were completed individually, with the use
of decoy parcels.  Officer Cortes told me that Halina gave a
positive alert to each of these SUBJECT PARCELS, indicating the
presence of controlled substances or other items that emitted
the odor of controlled substances in the SUBJECT
PARCELS.  Attached hereto as Exhibit 1, which I incorporate
fully herein by reference, are documents setting forth the
training and experience of Officer Cortes and Halina in
detecting controlled substances, and their examinations of the
SUBJECT PARCELS.

                    **VI.   <u>CONCLUSION</u>**

   19.   Based on the above, I believe there is probable cause
to believe that the SUBJECT PARCELS described in Attachment A
each contain evidence of violations of Title 21, United States
Code, Sections 841(a)(1) and 843(b).


Attested to by the applicant in
accordance with the requirements
of <u>Fed. R. Crim. P. 4.1</u> by
telephone on this <u>18th</u> day of
January 2023.

## DOUGLAS F. McCORMICK

THE HONORABLE DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE


                        14

EXHIBIT 1

**AFFIDAVIT**

**HANDLER KRISTINA CORTES AND K9 "HALINA"**

I, *Officer Kristina Cortes*, attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behaviors PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On <u>01-17-23   1740</u>, <u>TFO THOMPSON</u> asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: <u>EI 569 354 576 US</u>

Addressed to: <u>CHRISTIAN ALCALA</u>
<u>6700 WARNER AVE #27B</u>
<u>HUNTINGTON BEACH CA</u>
<u>92647</u>

K9 Officer Kristina Cortes #4010
Chino Police Department

Exhibit 1
1

**AFFIDAVIT**

**HANDLER KRISTINA CORTES AND K9 "HALINA"**

I, *Officer Kristina Cortes,* attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behaviors PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On _01-17-2023  1720_, _TFO THOMPSON_ asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: _EL 353756537  US_

Addressed to: _EMPRESS ORGANICS_
_9155 ARCHIBALD AVE  STE E_
_RCH CUCAMONGA, CA_

_K9 Officer Kristina Cortes #4010_
Chino Police Department

Exhibit 1
2

**AFFIDAVIT**

**HANDLER KRISTINA CORTES AND K9 "HALINA"**

I, *Officer Kristina Cortes,* attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behaviors PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On _01-17-2023   1730_, _____TFO SUMPTER_____ asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: _E I 482 623 116 US_

Addressed to: _JAZSELYNNE ROMO_
_5736 FLORENCE AVE_
_SOUTH GATE   CA   90280_

K9 Officer Kristina Cortes #4010
Chino Police Department

Exhibit 1
3

**AFFIDAVIT**

**HANDLER KRISTINA CORTES AND K9 "HALINA"**

I, *Officer Kristina Cortes,* attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina.  I received 240 hours of instruction in basic police dog handling skills.  PSD Halina and I were certified as a patrol team in October 2020.  In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class.  During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs.  In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs.  During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug.  I am familiar and knowledgeable in the behaviors PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career.  I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas.  This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor.  This training is on-going and continual.

On 01-17-23  1733 , TFO THOMPSON asked the assistance of PSD Halina and I in a narcotic parcel investigation.  PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: EJ 828 787 567 US

Addressed to:  CONNER  MEADE
4225 DANA RD
NEW PORT BEACH , CA
92663- 3603

K9 Officer Kristina Cortes #4010
Chino Police Department

Exhibit 1
4

## AFFIDAVIT

## HANDLER KRISTINA CORTES AND K9 "HALINA"

I, *Officer Kristina Cortes,* attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behaviors PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On __01-17-23   1735__ , __TFO   THOMPSON__ asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: __E I  478  949  743  US__

Addressed to: __DANNY   NGUYEN__
__16027  BROOKHURST  ST  SUITE__
__I·415__
__FOUNTAIN  VALLEY, CA 92708__

K9 Officer Kristina Cortes #4010
Chino Police Department

Exhibit 1
5

6

## AFFIDAVIT

## HANDLER KRISTINA CORTES AND K9 "HALINA"

I, *Officer Kristina Cortes,* attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behaviors PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On <u>01-17-23  1715</u>, <u>TFO THOMPSON</u> asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: <u>EI  147828 614  US</u>

Addressed to: <u>ALLAN  GARBISI</u>
<u>3553  ATLANTIC  AV</u>
<u>LONG  BEACH  CALIFORNIA</u>
90807

<u>Kristi Cortes</u> 4010
K9 Officer Kristina Cortes #4010
Chino Police Department

Exhibit 1
6

## AFFIDAVIT

## HANDLER KRISTINA CORTES AND K9 "HALINA"

I, *Officer Kristina Cortes,* attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behaviors PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On <u>01-17-23   1718</u> , <u>TFO  THOMPSON</u> asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: <u>EJ 872 946 784 US</u>

Addressed to: <u>JOANNA CAIN</u>
<u>1219 WEST PIRU STREET</u>
<u>COMPTON, CA 90222</u>

<u>Kristina Cortes   4010</u>
K9 Officer Kristina Cortes #4010
Chino Police Department

Exhibit 1
7

## AFFIDAVIT

## HANDLER KRISTINA CORTES AND K9 "HALINA"

I, *Officer Kristina Cortes,* attended the Adierhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behaviors PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On 01-17-23  1732, TFO THOMPSON asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

USPS parcel: EI 471 217 868 US

Addressed to: MICHAEL CAIRO
403 MEMPHIS AVE
APT #3
HUNTINGTON BEACH, CA
92648

K9 Officer Kristina Cortes #4010
Chino Police Department

Exhibit 1
8

**AFFIDAVIT**

**HANDLER KRISTINA CORTES AND K9 "HALINA"**

I, *Officer Kristina Cortes,* attended the Adlerhorst Police Dog Handler Course in September 2020 with Police Service Dog (PSD) Halina. I received 240 hours of instruction in basic police dog handling skills. PSD Halina and I were certified as a patrol team in October 2020. In January 2022, PSD Halina and I attended the Adlerhorst Police Dog School Drug Detection Class. During this course, PSD Halina and I receive 240 hours of instruction in the detection of the odor of illegal drugs. In February 2022, PSD Halina and I passed a certification test in the detection of the odor of illegal drugs. During this course, I personally observed PSD Halina alert to the presence of the odor of an illegal drug. I am familiar and knowledgeable in the behaviors PSD Halina engages in when she detects the odor of illegal drugs.

I have been a Peace Officer since 2015 and have been present at hundreds of drug investigations since the start of my career. I have received formal training from the Long Beach Police Department and the Chino Police Department.

I do continual training with PSD Halina through Adlerhorst International and out in the field during patrol or training sites hosted by different police departments. The training includes various hiding locations including, but not limited to: vehicles, buildings, bags, parcels and open areas. This training also includes proofing PSD Halina on novel odors such as: plastic, boxes, latex, tape, metal, money (circulated and un-circulated) and food. I also proof PSD Halina off my human odor. This training is on-going and continual.

On _01-17-23   1725_, ___TFO  THOMPSON_____ asked the assistance of PSD Halina and I in a narcotic parcel investigation. PSD Halina alerted to the presence of the odor of an illegal drug emitting from the following:

**USPS parcel:** ___EI  418  473  934 US___

**Addressed to:** ___RYAN  DASCANIO___
___4225  DANA  RD___
___NEWPORT  BEACH  CA  92663-3603___

___Kristina Cort___ 4010
K9 Officer Kristina Cortes #4010
Chino Police Department

Exhibit 1
9